■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ORTIZ, Appellant.—Appeal by the defendant from a

judgment of the County Court, Nassau County (Thorp, J.), rendered November 7, 1983, convicting him of attempted burglary in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Under the circumstances of this case, we find no basis for reversal. Lazer, J. P., Mangano, Lawrence and Eiber, JJ., concur.